IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KAREN L. NEWLANDER, | ) | 8:06CV701 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DONALD C. WINTER, | ) | |
| Secretary of the Navy, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. On June 22, 2007, the court entered an order (filing 5) requiring that Plaintiff show cause why this action should not be dismissed for failure to obtain timely service of process on the Defendant.

As of the date of this order, Plaintiff has failed to comply with the court's order. Accordingly, pursuant to the terms of the court's prior order (filing 5), Fed. R. Civ. P. 41, and NECivR 41.1, the court finds that Plaintiff's claims against Defendant should be dismissed without prejudice.

IT IS ORDERED:

1. This case is dismissed without prejudice; and

2. Judgment shall be entered by separate document.

DATED this 1<u>st</u> day of August, 2007.

                                    BY THE COURT:

                                    <u>s/Joseph F. Bataillon</u>
                                    Joseph F. Bataillon
                                    Chief District Judge